VALLEY FORGE FLAG COMPANY,
INC., Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 01–5087.

United States Court of Appeals,
Federal Circuit.

Feb. 15, 2002.

Before NEWMAN, CLEVENGER, and LINN, Circuit Judges.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

*AFFIRMED. See* Fed. Cir. R. 36